NOT FOR PUBLICATION                                              (Doc. Nos. 14, 18)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                              :
WILEY MISSION, a religious corporation,       :
                                              :
            Plaintiff,                        :
                                              :     Civil No. 10-3024 (RBK/JS)
       v.                                     :
                                              :     **ORDER**
STATE OF NEW JERSEY,                          :
DEPARTMENT OF COMMUNITY                       :
AFFAIRS                                       :
                                              :
            Defendants.                       :
_____           :

**THIS MATTER** having come before the Court pursuant to the motions by: (1) Plaintiff Wiley Mission, Inc. (the "Church") for summary judgment, a declaratory judgment, and a permanent injunction enjoining Defendant the State of New Jersey, Department of Community Affairs (the "Department") from enforcing N.J. Stat. Ann. § 52:27D-345(e) against the Church, (Doc. No. 14); and (2) the Department for summary judgment denying Plaintiff's claims, (Doc. No. 18); and the Court having considered the parties' submissions and oral argument on August 23, 2011;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, the Court **GRANTS** the Church's motion for summary judgment only as to Count III of the Complaint and **DENIES** the Church's motion for summary judgment as to the remaining Counts; and

**IT IS HEREBY FURTHER ORDERED** that, for the reasons stated in the Court's accompanying Opinion, the Court **GRANTS** the Department's motion for summary judgment

only as to Counts I, II, IV and V of the Complaint and **DENIES** the Department's motion for summary judgment as to Count III; and

**IT IS HEREBY FURTHER ORDERED** that the Department is hereby restrained and permanently enjoined from enforcing N.J. Stat. Ann. § 52:27D-345(e) against the Church.


Dated: August 25, 2011                                          /s/ Robert B. Kugler
                                                                ROBERT B. KUGLER
                                                                United States District Judge